# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152342 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 152342
                                      COA: 328008

KEGAN HODGES,
      Defendant-Appellant.
                                      Wayne CC: 14-008306-FC

_____/

On order of the Chief Justice, the motion of defendant-appellant to withdraw his application for leave to appeal is GRANTED, and the case is DISMISSED with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2016



Clerk

s0301